983 So.2d 905 (2008)
Rina M. PALMER, Charles B.W. Palmer and Charles B.W. Palmer, III
v.
STATE of Louisiana, Through the DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, B & C Asphalt, Briyan Bossier, Diamond B. Construction Company, Inc., W.R. Core, Inc. and Gary R. Core, President of W.R. Core, Inc.
No. 2008-OC-0822.
Supreme Court of Louisiana.
May 30, 2008.
In re Palmer, Charles B.W. III; Palmer, Charles B.W.; Palmer, Rina M. et al.;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Tangipahoa, 21st Judicial District Court Div. G, No. 9201996; to the Court of Appeal, First Circuit, No. 2007 CA 369.
Denied.
CALOGERO, C.J., would grant.
*906 JOHNSON, J., would grant.
WEIMER, J., would grant.